UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MARIO K. JOHNSON

CRIMINAL NO. 07-17-FJP-CN
(CV 10-150-FJP-CN)

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that defendant's motion to vacate, modify or set aside sentence is denied and this action is dismissed.

Baton Rouge, Louisiana, March 8, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46633